Plaintiff's Name FRANK L. RAMOS
Inmate No. 2010763
Address 17695 industrial Farm RD
Bakersfield, CA 93308

FILED

AUG 22 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANK L. RAMOS
(Name of Plaintiff)

1:13CV 01334 AWI JLT
(Case Number)

vs.

COMPLAINT

Civil Rights Act, 42 U.S.C. § 1983

WAL MART
Mike Matthews
Mike Anderson
Peterson . Et AL
(Names of all Defendants)

I. **Previous Lawsuits (list all other previous or pending lawsuits on back of this form):**

A. Have you brought any other lawsuits while a prisoner? Yes __ No X

B. If your answer to A is yes, how many? ________
Describe previous or pending lawsuits in the space below.
(If more than one, use back of paper to continue outlining all lawsuits.)

1. Parties to this previous lawsuit:

Plaintiff ________

Defendants ________

2. Court (if Federal Court, give name of District; if State Court, give name of County)

3. Docket Number ________ 4. Assigned Judge ________

5. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)

6. Filing date (approx.) ________ 7. Disposition date (approx.) ________

RECEIVED

AUG 22 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ________ DEPUTY CLERK

## II. Exhaustion of Administrative Remedies

A. Is there an inmate appeal or administrative remedy process available at your institution?

Yes X No___

B. Have you filed an appeal or grievance concerning ALL of the facts contained in this complaint?

Yes___ No X

If your answer is no, explain why not Not Suing this institution

C. Is the process completed?

Yes___ If your answer is yes, briefly explain what happened at each level.

No X If your answer is no, explain why not.

not Suing this institution

**NOTICE:** Pursuant to the Prison Litigation Reform Act of 1995, "[n]o action shall be brought with respect to prison conditions under [42 U.S.C. § 1983], or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." 42 U.S.C. § 1997e(a). If there is an inmate appeal or administrative remedy process available at your institution, you may not file an action under Section 1983, or any other federal law, until you have first completed (exhausted) the process available at your institution. You are required to complete (exhaust) the inmate appeal or administrative remedy process before filing suit, regardless of the relief offered by the process. Booth v. Churner, 532 U.S. 731, 741 (2001); McKinney v. Carey, 311 F.3d 1198, 1999 (9th Cir. 2002). **Even if you are seeking only money damages and the inmate appeal or administrative remedy process does not provide money, you must exhaust the process before filing suit.** Booth, 532 U.S. at 734.

## III. Defendants

(In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item B for the names, positions and places of employment of any additional defendants.)

A. Defendant Mike Matthews is employed as Loss Prevention officer at WALMART

B. Additional defendants Mike anderson, loss Prevention officer, H. Peterson loss prevention officer, WALMART et AL...

IV. **Statement of Claim**

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.)

On 12-1-12 While enroute to the South Western entrance to WALMART 6225 Colony St BKSFD. CA 93304 I WAS Aggressively Approached by two young, large white males one of which - Mr. Anderson started yelling at me, the other large white male blocked me from going around Anderson, this one is mike matthews who all of a sudden struck me a vicious blow in my head & knocking a box of work boots I was bringing in to trade for the proper size.. The Boots were a gift.. to the ground... Having Been Accosted in much the same way approximately 4 weeks prior I was Beaten & robbed of my merchandise .. So of course I was under the impression I was being robbed again... See Attached Page..

V. **Relief.**

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

I want Walmart to drop these Frivilous Charges against me & Pay me monetary damages for my incarceration, Humiliation, Pain & Suffering & to have mr. Matthews Fired & if possible prosecuted for assault & Battery on me ... It Should be noted I Am A Disabled American who was Picked out of A Crowd, Assaulted & Humiliated in Public By People Working For walmart. WALMART Should be Held responsible For their employees behaviour to the public.

I declare under penalty of perjury that the foregoing is true and correct.

Date 8-13-13

Signature of Plaintiff [signature]

(revised 6/01/04)

Refer to Police report & Bakersfield criminal case

— BF145862A —

IV. Statement of Claim continued.

Since neither mike matthews nor his partner mike anderson were wearing any uniforms, Badges, etc... I assumed this another rousting by what I precieved as Hooligans... Well, I was starting to carry around a small Bat - T-Ball Bat, For protection, So After I was struck & almost knocked unconcious I Pulled out my Bat & Shooed these toughguys AWAY From me, not wanting to injure anyone unless absolutely necessary I merely swung the bat towards them... as is the case with most bullies they coward away From me & ran away - I reversed my direction & subsequently Fled the Area. A good samaritan gave me A ride to white lane & dropped me off.

Approximately 1 month later 12-22-12 while X-mas Shopping I was Arrested by B.P.D. charged with Robbery 2nd degree as well as Burglary 2nd degree And assault with a Bat.

all Frivilous charges - only then was I aware of m. matthews & m. Anderson are actually loss prevention officers... Walmart reFuses to Supply me or the Police with any tapes of the incidents... matter of Fact stating that I'm not on Any tapes at all inside the store the day of the robbery nor am I on any tapes stealing items the day of the burglary either. Thats because I am complete innocent of these crimes... I have been incarcerated since 12-22-12 over lies & Frivilous charges made by matthews & Petersen because of the assault on me by matthews Petersen was the one who had me Arrested For the Bogus Burglary

Please Note;

To clerk,

These ARe the only Addresses I HAve...

WALMART
6225 Colony st.
Bakersfield, CA 93304

FRANK L. RAMOS 2010763
17695 industrial FARM RD.
Bakersfield, CA 93308

mike matthews Works At Walmart as Well AS mike Anderson & H. Petersen They Are loss prevention OFFicers...

Your Name Frank L. Ramos
Address 17695 industriaL Farm RD.
City, State, Zip Code Bakersfield, CA 93308
Telephone Number

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Your Name, FRANK L, RAMOS
Plaintiff,

vs. No.

Defendant(s),

Defendant(s). **PROOF OF SERVICE**

Walmart, Mike Matthews + Mike Anderson, Petersen et AL..

I, the undersigned, hereby certify that I am over the age of eighteen years and on ______________________________, 20______, I served a copy of ________________________________________, by placing a copy in a postage paid envelope addressed to the person hereinafter listed by depositing said envelope in the United States Mail:

(**List All Defendants and Addresses Served**)

I declare under penalty of perjury that the foregoing is true and correct.

______________________________
(Signed)